|   |   |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DOES 1-20, d/b/a YESPORNPLEASE.COM and/or VSHARE.IO,<br><br>　　　　　　Defendants. | **Case No.: 3:20-cv-05134-BHS**<br><br>**PLAINTIFF MG PREMIUM LTD'S FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

　　　Pursuant to Fed.R.Civ.P. 7.1, Plaintiff MG Premium Ltd, through its attorney, Spencer D. Freeman, Freeman Law Firm, Inc., provides the following corporate disclosure statement:

　　　Plaintiff MG Premium Ltd's ultimate corporate parent company is Mind Geek S.a.r.l., which is not publicly held. Neither Plaintiff nor its parent company has a publicly traded corporation owning ten percent (10%) or more of its stock.

\\\

\\

\

PLAINTIFF.'S FED.R.CIV.P. 7.1 CORPORATE
DISCLOSURE STATEMENT
1

RESPECTFULLY SUBMITTED this 21st day of February 2020.

**FREEMAN LAW FIRM, INC.**

*/s/ Spencer D. Freeman*
Spencer D. Freeman, WSBA#25069
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile:  (253) 383-4501
Email: sfreeman@freemanlawfirm.org

Attorneys for Plaintiff