UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,

    Plaintiff,

vs.

DOES 1-20, d/b/a YESPORNPLEASE.COM and/or VSHARE.IO,

    Defendants.

Case No.: 3:20-cv-05134-BHS

**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY**

NOTE ON MOTION CALENDAR:
February 28, 2020

I, Jason Tucker, under penalty of perjury, declare and state as follows:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a director of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios.

DECLARATION OF JASON TUCKER ISO PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
[3:20-cv-05134-BHS]

- 1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

3. I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at an executive level for over ten (10) years, serving for over six (6) years as President of a company that owns and licenses one of the world's largest libraries of erotic images.

4. I have served as a consultant to Fortune 100 companies including Microsoft Corporation for the rollout of several versions of Windows Media and in the development and roll out of their Digital Rights Management technology and Akamai Technologies among others.

5. As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends.

6. I have been involved in more than fifty (50) federal lawsuits brought against a range of defendants for copyright infringement and have previously served as an expert witness in similar proceedings.

7. MG Premium Ltd. retained Battleship Stance, Inc. to investigate copyright and trademark violations and assist in certain litigation to enforce its intellectual property rights, including violations on YesPornPlease.com and VShare.io.

8. I have inspected, investigated, and researched the domain and web site YesPornPlease.com and VShare.io.

9. The domain YesPornPlease.com is currently registered with Tucows Domains, Inc., located in Canada.

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
[3:20-cv-05134-BHS]

- 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

10. The owners and operators of YesPornPlease.com use a United States based domain privacy service, Domain Protection Services located in Colorado, to hide their identities.

11. The web site YesPornPlease.com is hosted on servers located outside the United States.

12. However, YesPornPlease.com utilizes a Content Delivery Network (CDN) located in the United States, Cloudflare, Inc., to ensure more efficient and fast delivery to United States viewers.  Cloudflare is headquartered and operated from California.

13. CDNs are used when main Internet servers storing content, such as videos, are located a significant geographical distance from intended viewers, and the distance can result in slow and inefficient display of the content to the viewer.  The CDNs, generally stated, temporarily store the content on the CDN server and display the content to the user from the CDN server.

14. The URL ezcgwym5xp7ty.com is utilized by the YesPornPlease.com web site in the process of displaying the video content on YesPornPlease.com to United States viewers.

15. It appears that ezcgwym5xp7ty.com is owned and operated by the same parties that own and operate YesPornPlease.com and VShare.io.  To hide their identities, the domain ezcgwym5xp7ty.com is registered through Tucows Domains, Inc., with offices in Bellevue, Washington, and done so through the use of privacy services.

16. The ezcgwym5xp7ty.com URL uses a Secure Sockets Layer (SSL) Certificate. This digital certificate authenticates the identity of a website to protect sensitive information from being visible to hackers.  In order to secure an SSL Certificate, a website operator must sign up through a Verisign SSL vendor and provide identifying information to that company

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
[3:20-cv-05134-BHS]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

- 3

authorized to provide Certificates. The ezcgwym5xp7ty.com URL secured its SSL Certificate via Let's Encrypt, a San Francisco, California based service of the Internet Security Research Group (ISRG).

17. VShare.io is utilized in conjunction with YesPornPlease.com to upload and display videos on YesPornPlease.com. In order to upload content to YesPornPlease.com, a user is required to first upload the video on VShare.io. Once uploaded onto VShare, instructions on YesPornPlease.com direct the user to copy the URL assigned to the video by VShare and paste the link on YesPornPlease.com.

18. During my investigations I discovered that YesPornPlease.com utilized Name.com, Inc. as the domain registrar., though currently the domain registrar is another company located outside the United States. Name.com, Inc. is incorporated in Nevada and operated from Colorado.

19. YesPornPlease.com utilizes Cloudflare as its domain name server. A domain name server connects the internet user to the correct IP address based upon entry of a domain name.

20. VShare.io utilizes Namecheap.com as its domain registrar.

21. VShare.io uses a privacy service in Panama, WhoisGuard, Inc., to protect the identity of the owners of VShare.io from public disclosure.

22. VShare.io also utilizes Cloudflare as its domain name server and CDN.

23. During my investigation I discovered that VShare.io has an affiliate program where users can earn money (https://vshare.io/affiliate/ Last Verified: 02/19/2020). The money paid to an affiliate is based on the number of views a video generates. Affiliates are encouraged to invite friends to join the program, earning the referring affiliate 10% of all video views

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
[3:20-cv-05134-BHS]

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

- 4

1  generated by those that sign up.  At times relevant to the infringements I discovered for MG
2  Premium, VShare.io paid its affiliates using Bitcoin and via PayPal, Inc. based in California.

       24.     Vshare.io obtained an SSL Certificate through Comodo, Inc., a company located in New Jersey.  YesPornPlease.com also used Comodo, Inc. for an SSL Certificate.

       I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       Execute on the 28th day of February, 2020 at Scottsdale, Arizona.

                                   _____
                                   Jason Tucker

---

DECLARATION OF JASON TUCKER ISO
PLAINTIFF'S *EX PARTE* MOTION FOR EARLY
DISCOVERY
[3:20-cv-05134-BHS]

- 5

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)