UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MG PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>    Plaintiff,<br><br>vs.<br><br>DOES 1-20, d/b/a YESPORNPLEASE.COM and/or VSHARE.IO,<br><br>    Defendants. | Case No.:  3:20-cv-05134-BHS<br><br>**DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY**<br><br>NOTE ON MOTION CALENDAR:<br>February 28, 2020 |

I, Spencer Freeman, under penalty of perjury, declare and state as follows:

1.     I am an attorney at law licensed to practice before the Courts of the State of Washington, the United States District Court Western District of Washington, Eastern District of Washington, Ninth Circuit Court of Appeals, and United States Supreme Court.  I am the principle attorney with the Freeman Law Firm, Inc., attorneys for Plaintiff Paper Street Media, LLC.  Unless otherwise stated, I have personal knowledge of the facts contained herein this declaration and, if called and sworn as a witness, could and would competently testify thereto.

DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
[3:20-cv-05134-BHS]
- 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

2. I sent emails to the following vendors associated with YesPornPlease.com: Name.com, Inc., Namecheap.com, and Comodo, In.c. I inquired with each whether they would honor my request for information without a subpoena. None of the vendors have responded.

3. In previous litigation, I have had direct contact with the following regarding production of information without a subpoena: PayPal, Inc.; Domain Protection Service; Cloudflare, Inc.; and Multi Media, LLC. Each of these previously entities clearly indicated that they would comply with a subpoena (and have done so), but they could not produce any information without a subpoena.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 28th day of February, 2020 at Tacoma, Washington.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Spencer D. Freeman  
　　　　　　　　　　　　　　　　　　　　　　Spencer Freeman

DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR EARLY DISCOVERY
[3:20-cv-05134-BHS]
- 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)